## 29781. AKRIDGE v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED MAY 6, 1975.

*M. Francis Stubbs,* for appellant.
*Arthur K. Bolton, Attorney General,* for appellee.

## 29878. SMITH v. RICKETTS.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED MAY 6, 1975.

*Garland & Garland,* for appellant.
*Larry H. Evans, Deputy Assistant Attorney General,* for appellee.

## 29789. McHAN v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur, except Gunter and Ingram, JJ., who concur in the judgment only.*